IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATILDA CLAH as the Personal Representative of
the ESTATE OF SHAWN MARVIN THOMAS,
Deceased,

    Plaintiff,                                                                                          Civ. No. 22-10 SCY/KK

vs.

SAN JUAN COUNTY DEPUTY JON GONZALES

    Defendant.

## ORDER GRANTING SECOND JOINT MOTION TO EXTEND
## RULE 26(a)(2) EXPERT DISCLOSURES AND DISCOVERY DEADLINES

THIS MATTER having come before the Court on the Parties' Second Joint Motion to Extend Rule 26(a)(2) Expert Disclosures and Discovery Deadlines [Doc. 28], the Court finds the motion well-taken and that it should be granted.

THEREFORE, it is hereby ORDERED that the deadlines are extended as follows:

1. Defendant's Rule 26(a)(2) expert disclosure: February 21, 2023
2. Termination of discovery: April 1, 2023
3. Discovery motions: April 24, 2023
4. Pretrial motions: May 15, 2023

IT IS SO ORDERED.

*[signature: Kirtan Khalsa]*
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE